KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154264)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Tel: 408.535.5082
Fax: 408.535.5081

Attorney for the United States
Department of Transportation Federal Aviation Administration

**E-filed 1/25/06**

JAMES M. CHADWICK (Bar No. 157114)
DIANA NG FUNG (Bar No. 185175)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff
HORTA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, a federal agency; MARION C. BLAKEY, Administrator of the Federal Aviation Administration; JOHN HOWARD, an individual in his official capacity; and BRANDI WILLIAMSON, an individual in her official capacity,<br><br>Defendants. | CASE NO. C 05-03778 JF<br><br>[Related Case Nos. C 02-04086 JF and C 00-20018 JF]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Complaint filed: September 19, 2005 |

-1-

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199278.1
353235-6

STIPULATION AND PROPOSED ORDER
CASE NO. C 05-03778 JF

1  Whereas, on September 19, 2005, the Court issued an Initial Case Management
2  Scheduling Order requiring the parties file an Alternative Dispute Resolution ("ADR")
3  Certification; and
4  Whereas, the present case involves no request for monetary compensation, but rather
5  relates to efforts to obtain discovery and therefore is not appropriate for ADR; and
6  Whereas, a Case Management Conference is scheduled for February 3, 2006; and
7  Whereas, Horta has filed a motion for summary judgment and the FAA has filed motions
8  to quash, the resolution of which may render the issue of ADR moot;
9  Horta and the FAA stipulate and agree as follows:
10  1. The Case Management Conference shall be continued for sixty days and scheduled
11  on or around April 7, 2006; and
12  2. Unless subsequently ordered otherwise, the parties shall be excused from the
13  Court's ADR requirement.

14  Dated: January 20, 2006        KEVIN V. RYAN
15                                 United States Attorney
16                                 By /s/ Claire T. Cormier
17                                 CLAIRE T. CORMIER
                                   Assistant United States Attorney

18  Dated: January ____, 2006      DLA PIPER RUDNICK GRAY CARY US LLP
19                                 By _____
20                                 JAMES M. CHADWICK
                                   DIANA NG FUNG
21                                 Attorneys for Plaintiff
                                   HORTA, LLC

22                                 **ORDER**
23  The parties having so stipulated and good cause appearing therefore, IT IS SO
24  ORDERED. The Case Management Conference shall be held on ___March 31___, 2006,
25  at __10:30__ a.m.
26  Dated: January _25_, 2006.
                                   /s/ Jeremy Fogel
                                   HON. JEREMY FOGEL
                                   United States District Judge

28

Whereas, on September 19, 2005, the Court issued an Initial Case Management Scheduling Order requiring the parties file an Alternative Dispute Resolution ("ADR") Certification; and

Whereas, the present case involves no request for monetary compensation, but rather relates to efforts to obtain discovery and therefore is not appropriate for ADR; and

Whereas, a Case Management Conference is scheduled for February 3, 2006; and

Whereas, Horta has filed a motion for summary judgment and the FAA has filed motions to quash, the resolution of which may render the issue of ADR moot;

Horta and the FAA stipulate and agree as follows:

1. The Case Management Conference shall be continued for sixty days and scheduled on or around April 7, 2006; and

2. Unless subsequently ordered otherwise, the parties shall be excused from the Court's ADR requirement.

Dated: January ____, 2006

KEVIN V. RYAN
United States Attorney

By _____
CLAIRE T. CORMIER
Assistant United States Attorney

Dated: January 23, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JAMES M. CHADWICK
DIANA NG FUNG
Attorneys for Plaintiff
HORTA, LLC

## ORDER

The parties having so stipulated and good cause appearing therefore, IT IS SO ORDERED. The Case Management Conference shall be held on _____, 2006, at _____ a.m.

Dated: January ____, 2006.

_____
HON. JEREMY FOGEL
United States District Judge

-2-