KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154264)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Tel: 408.535.5082
Fax: 408.535.5081

**E-filed 2/7/06**

Attorney for the UNITED STATES
DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

JAMES M. CHADWICK (Bar No. 157114)
DIANA NG FUNG (Bar No. 185175)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff
HORTA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, a federal agency; MARION C. BLAKEY, Administrator of the Federal Aviation Administration; JOHN HOWARD, an individual in his official capacity; and BRANDI WILLIAMSON, an individual in her official capacity,<br><br>Defendants. | CASE NO. C 05-03778 JF<br><br>[Related Case Nos. C 02-04086 JF and C 00-20018 JF]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING COURT'S RULING ON HORTA, LLC'S MOTION FOR SUMMARY JUDGMENT AND FEDERAL AVIATION ADMINISTRATION'S MOTIONS TO QUASH**<br><br>Complaint filed: September 19, 2005 |

1   WHEREAS, Horta has served discovery on the Federal Aviation Administration ("FAA"),
2   in the form of subpoenas for documents and deposition testimony relating to issues presented in
3   the Motion to Reconsider, Reopen, and Amend Judgment ("Motion to Amend") filed in the
4   related case *Horta, LLC v. City of San Jose*, Case No. C 02-04086 JF (the "*City Action*");

5   WHEREAS, on September 20, 2005 and October 14, 2005, the FAA filed motions to
6   quash Horta's subpoenas for documents and deposition testimony in the *City Action*;

7   WHEREAS, on September 19, 2005, Horta filed its Complaint in this action for
8   declaratory and injunctive relief regarding Horta's requested discovery from the FAA;

9   WHEREAS, on October 27, 2005, Horta filed a motion for summary judgment in this
10  action to compel the FAA to provide complete responses to Horta's discovery requests and to
11  provide the requested deposition testimony;

12  WHEREAS, on December 14, 2005, the FAA issued a letter of partial deviation authority
13  pursuant to 14 C.F.R. § 125.3, authorizing Fry's Electronics to operate the Boeing 727 aircraft
14  owned by Horta;

15  WHEREAS, on December 16, 2005, the Court held a combined hearing on the FAA's
16  motions to quash and Horta's motion for summary judgment;

17  WHEREAS, the Court took the motions under submission at the close of the December
18  16, 2005 combined hearing and has not yet ruled on them;

19  WHEREAS, Horta and the FAA have engaged in discussions regarding a potential
20  resolution that may eliminate the need for any further discovery, and thereby moot the issues
21  presented in Horta's motion for summary judgment and the FAA's motions to quash;

22  WHEREAS, Horta and the FAA need additional time to further pursue a potential
23  resolution;

24  WHEREAS, Horta and the FAA agree that the Court's resources should not be expended
25  on adjudicating Horta's motion for summary judgment and the FAA's motions to quash unless
26  the process that has been initiated by Horta and the FAA fails to resolve the issues presented by
27  those motions:

28

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199793.3
353235-6

-2-
STIPULATION AND PROPOSED ORDER RE COURT RULING ON MSJ AND
MOTIONS TO QUASH -- CASE NO. C 05-03778 JF

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action that the Court's ruling on Horta's motion for summary judgment and the FAA's motions to quash shall not issue unless and until the Court is informed that the process initiated by the parties has failed to resolve the issues presented by those motions. The parties will update the Court at the February 17, 2006 Case Management Conference, and at any subsequent case management conference set by the Court, as to the expected timing of a resolution, if any.

Dated: February 7, 2006

KEVIN V. RYAN
United States Attorney

By _____
CLAIRE T. CORMIER
Assistant United States Attorney

Dated: February ____, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JAMES M. CHADWICK
DIANA NG FUNG
Attorneys for Plaintiff
HORTA, LLC

### ORDER

The parties having so stipulated and good cause appearing therefore, IT IS SO ORDERED.

Dated: February 7, 2006.

_____
HONORABLE JEREMY FOGEL
United States District Judge

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7199793.3
353235-6

-3-
STIPULATION AND PROPOSED ORDER RE COURT RULING ON MSJ AND MOTIONS TO QUASH -- CASE NO. C 05-03778 JF

TOTAL P.04
02/07/2006 TUE 10:39 [TX/RX NO 7841] ☒004

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action that the Court's ruling on Horta's motion for summary judgment and the FAA's motions to quash shall not issue unless and until the Court is informed that the process initiated by the parties has failed to resolve the issues presented by those motions. The parties will update the Court at the February 17, 2006 Case Management Conference, and at any subsequent case management conference set by the Court, as to the expected timing of a resolution, if any.

Dated: February ____, 2006

KEVIN V. RYAN
United States Attorney

By _____
CLAIRE T. CORMIER
Assistant United States Attorney

Dated: February  7 , 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JAMES M. CHADWICK
DIANA NG FUNG
Attorneys for Plaintiff
HORTA, LLC

## ORDER

The parties having so stipulated and good cause appearing therefore, IT IS SO ORDERED.

Dated:  February ____, 2006.

_____
HONORABLE JEREMY FOGEL
United States District Judge

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199793.3
353235-6

-3-
STIPULATION AND PROPOSED ORDER RE COURT RULING ON MSJ AND
MOTIONS TO QUASH -- CASE NO. C 05-03778 JF