**E-filed 6/20/06**

KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, a federal agency, et al.,<br><br>    Defendants | No. 05-03778 JF (RS)<br><br>Related Case No. C02-04086 JF (RS)<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>DATE: June 16, 2006<br>TIME: 10:30 A.M.<br>COURTROOM 3, 5th Floor<br>Honorable Jeremy Fogel |

    The case of *Horta, LLC v. the Federal Aviation Administration* relates to plaintiff Horta's attempts to obtain discovery from defendants, including the FAA, in the related case of *Horta v. City of San Jose*, Case No. C02-04086 JF (RS). As the parties informed the Court in February of this year, Horta and the FAA are engaging in discussions that may make the discovery unnecessary. The parties expect those discussions to be complete within approximately 60 days. Accordingly, the parties hereby stipulate and request that the case management conference in both related cases, currently scheduled for Friday, June 16, 2006, be continued by approximately 60 days to a date to be set by the Court.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
05-03778 JF (RS)

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED: June 12, 2006 | KEVIN V. RYAN<br>United States Attorney |

/s/
CLAIRE T. CORMIER
Assistant United States Attorney

Dated:  June 12, 2006            SHEPPARD MULLIN RICHTER
                                  & HAMPTON  LLP

                                  /s/
                                  JAMES CHADWICK
                                  Attorneys for Plaintiff HORTA, LLC

Dated: June 12, 2006             RICHARD DOYLE, City Attorney

                                  /s/
                                  NORA FRIMANN
                                  JOSEPH P. DICIUCCIO
                                  SANDRA LEE
                                  Attorneys for Defendant CITY OF SAN JOSE

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the case management conference in Case C05-03778 JF (RS) and Case No. C02-04086 JF (RS) is hereby continued to Friday, __8/18_____, 2006 at 10:30 a.m.

IT IS SO ORDERED.

June _20_, 2006                   _____
                                  JEREMY FOGEL
                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
05-03778 JF (RS)                           1