KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Federal Defendants

**E-filed 9/26/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC, <br><br>     Plaintiff, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, a federal agency, et al., <br><br>     Defendants | No. C 05-03778 JF (RS) and Related Case No. C 02-04086 JF (RS) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SUBMISSION OF MOTIONS |

    The Court held a further case management conference in these related cases on August 18, 2006. The Court had previously deferred ruling on pending motions in these related cases due to ongoing discussions between plaintiff and the Federal Aviation Administration. At the most recent case management conference, the Court advised counsel that they may file supplemental letter briefs relating to the currently pending motions to quash (Case No. C02-04086 JF, "the San Jose Action") and for summary judgment (Case No. C05-03778 JF, "the FAA Action"), but the Court did not set a deadline for the submission of such briefs. Plaintiff Horta, LLC and the federal defendants (in the FAA Action) and federal moving parties (in the San Jose Action) therefore STIPULATE AND REQUEST that the Court enter an order setting a

1  deadline of October 13, 2006 for the filing and service of any such supplemental briefing of up
2  to five pages, after which time the motions will be deemed submitted.
3  IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 18, 2006        SHEPPARD MULLIN RICHTER
                                 & HAMPTON  LLP

                                 _____/s/_____
                                  JAMES CHADWICK
                                 Attorneys for Plaintiff HORTA, LLC

DATED: September 19, 2006        KEVIN V. RYAN
                                 United States Attorney


                                 _____/s/_____
                                 CLAIRE T. CORMIER
                                 Assistant United States Attorney
                                 Attorneys for Federal Defendants in the FAA
                                 Action and for the Federal Moving Parties
                                 in the San Jose Action

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the parties to case number C05-03778 JF (RS) and case number C02-04086 JF (RS) may file and serve any additional briefing as described in the stipulation above no later than October 13, 2006, after such time the motions to quash and for summary judgment, described above, shall be deemed submitted.  The supplemental briefing shall be limited to letter briefs not to exceed five pages in length.

IT IS SO ORDERED.

September  21 , 2006             _____
                                 JEREMY FOGEL
                                 UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF MOTIONS
CASE No. C05-03778 JF AND RELATED CASE C02-04086 JF            4